## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                                  :Chapter 13

Leonard E. Johnson
Margery E. Shaw

    (DEBTOR)                                          :Bankruptcy No. 11-19707AMC13


**P R A E C I P E**


**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly amend address of above captioned client to:

    7901 Henry Avenue
    Apartment A309
    Philadelphia, PA 19128


Date: December 23, 2016                    BY: /s/ Michael A. Cataldo
                                                MICHAEL A. CATALDO, ESQUIRE
                                                Cibik & Cataldo, P.C.
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA  19102
                                                215-735-1060/fax 215-735-6769