# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 11-19707-AMC

LEONARD E JOHNSON
MARGERY E SHAW
7901 HENRY AVE.
APT. A309
PHILADELPHIA, PA 19128-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LEONARD E JOHNSON
    MARGERY E SHAW
    7901 HENRY AVE.
    APT. A309
    PHILADELPHIA, PA 19128-


Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                   /S/ William C. Miller

Date: 5/18/2017                                     _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee