Certificate Number: 16339-PAE-DE-029493172

Bankruptcy Case Number: 11-19707



16339-PAE-DE-029493172

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2017, at 7:08 o'clock PM EDT, Margery Shaw completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 27, 2017            By:    /s/Kelley Tipton

                                Name:  Kelley Tipton

                                Title: Certified Financial Counselor