United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-19707-amc
Leonard E. Johnson                                                      Chapter 13
Margery E. Shaw
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Aug 17, 2017
                              Form ID: 138NEW         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
```
db/jdb         +Leonard E. Johnson,    Margery E. Shaw,    7901 Henry Avenue,    Apartment A309,
                 Philadelphia, PA 19128-3087
12632210       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12632209       +Bank of America Mortgage,    P.O. Box 660694,    Dallas, TX 75266-0694
12662427        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12632214      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,
                 PO Box 20363,    Kansas City, MO 64195)
12632224      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,    Processing Center,    Des Moines IA 50364-0001)
12662753       +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas, TX 75374-0933
12632211       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
12650294       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
12632218       +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
12632219       +Emerge,   Pob 105555,    Atlanta, GA 30348-5555
12632220       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
12632221       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
12632222      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company,    Drawer 55-953,   P.O. Box 55000,
                 Detroit, MI 48255)
12632228       +Mmca/c1,   PO Box 991817,    Mobile, AL 36691-8817
13024668      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12632229        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
12658388       +Philadelphia Gas Works,    800 W Montgomery Ave, 3F,    Phildadelphia, PA 19122-2898,
                 Attn: Bankruptcy Unit
12632230       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
12632231       +Rshk/cbsd,   Attn.: Citi Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
12632232       +Rymr&flnign,    PO Box 130,   Liverpool, NY 13088-0130
12632233       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
12632234       +Victoria's Secret,    Attention: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
12658712       +Zenith Acquisition Corp,    170 Northpointe Pkwy,    Suite 300,    Amherst, NY 14228-1992
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 18 2017 01:40:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2017 01:40:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2017 01:40:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2017 01:40:24     Midland Credit Management, Inc.,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12632215        E-mail/Text: bankruptcy@phila.gov Aug 18 2017 01:40:35     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
12632212       +E-mail/Text: ecf@ccpclaw.com Aug 18 2017 01:40:00     Cibik and Cataldo, P.C.,
                 225 S. 15th Street,    Suite 1635,    Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3825
12632213       +E-mail/Text: ecf@ccpclaw.com Aug 18 2017 01:40:00     Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
12632216        E-mail/Text: mrdiscen@discover.com Aug 18 2017 01:40:01     Discover Bank,    PO Box 8003,
                 Hilliard OH 43026
12641730        E-mail/Text: mrdiscen@discover.com Aug 18 2017 01:40:01     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12632217       +E-mail/Text: mrdiscen@discover.com Aug 18 2017 01:40:01     Discover Fin,
                 Attention: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
12632225        E-mail/Text: cio.bncmail@irs.gov Aug 18 2017 01:40:03     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
12711242        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 18 2017 01:40:30     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12632226       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2017 01:40:02     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
12649039       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2017 01:40:24     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12632227       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2017 01:40:24     Midland Credit Mgmt In,
                 8875 Aero Dr,    San Diego, CA 92123-2255
```

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Aug 17, 2017
                              Form ID: 138NEW           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12683148       +E-mail/Text: bncmail@w-legal.com Aug 18 2017 01:40:30     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12701318        E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2017 01:40:09
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
12632235       +E-mail/Text: BKRMailOps@weltman.com Aug 18 2017 01:40:28      Weltman, Weinberg & Reis,
                 325 Chestnut Street,   Suite 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12654580        Ford Motor Credit Company, LLC
cr*            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company, LLC,    Drawer 55-953,   PO Box 55000,
                 Detroit, MI  48255-0953)
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                 Lewisville, TX   75067)
12632223*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Corporation,    Ford Credit,   PO Box 6275,
                 Deerborn, MI 48121)
                                                                                        TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. s/b/m BAC Home Loans Servicing,
               LP f/k/a Countrywide Home Loans Servicing LP agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Margery E. Shaw ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Leonard E. Johnson ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Margery E. Shaw ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Leonard E. Johnson ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leonard E. Johnson and Margery E. Shaw

    Debtor(s)

Bankruptcy No: 11−19707−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/17/17