United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 11-19707-amc
Leonard E. Johnson                                                Chapter 13
Margery E. Shaw
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2            Date Rcvd: Sep 22, 2017
                             Form ID: 3180W           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db/jdb         +Leonard E. Johnson,    Margery E. Shaw,    7901 Henry Avenue,    Apartment A309,
                 Philadelphia, PA 19128-3087
12662753       +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas, TX 75374-0933
13024668      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12658388       +Philadelphia Gas Works,    800 W Montgomery Ave, 3F,    Phildelphia, PA 19122-2898,
                 Attn: Bankruptcy Unit
12632230       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
12658712       +Zenith Acquisition Corp,    170 Northpointe Pkwy,    Suite 300,   Amherst, NY 14228-1992

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 23 2017 01:07:37    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2017 01:06:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2017 01:07:28    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
12650294       +EDI: TSYS2.COM Sep 23 2017 00:58:00    Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
12641730        EDI: DISCOVER.COM Sep 23 2017 00:58:00    Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
12711242        EDI: JEFFERSONCAP.COM Sep 23 2017 00:58:00    Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
12649039       +EDI: MID8.COM Sep 23 2017 00:58:00    Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12683148       +EDI: OPHSUBSID.COM Sep 23 2017 00:58:00    OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12701318        EDI: Q3G.COM Sep 23 2017 00:58:00    Quantum3 Group LLC as agent for,
                 World Financial Network National Bank,    PO Box 788,   Kirkland, WA  98083-0788
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12654580        Ford Motor Credit Company, LLC
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor   Bank of America, N.A. s/b/m BAC Home Loans Servicing,
               LP f/k/a Countrywide Home Loans Servicing LP agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net

```
District/off: 0313-2          User: admin              Page 2 of 2                   Date Rcvd: Sep 22, 2017
                              Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MICHAEL A. CATALDO2   on behalf of Joint Debtor Margery E. Shaw ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2   on behalf of Debtor Leonard E. Johnson ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Joint Debtor Margery E. Shaw ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Debtor Leonard E. Johnson ecf@ccpclaw.com, igotnotices@ccpclaw.com
          THOMAS I. PULEO   on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                                                TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leonard E. Johnson** | Social Security number or ITIN   **xxx–xx–3432** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Margery E. Shaw** | Social Security number or ITIN   **xxx–xx–3096** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **11–19707–amc** | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Leonard E. Johnson                                Margery E. Shaw

9/21/17                              **By the court:**   Ashely M. Chan
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**