United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Leonard E. Johnson
Margery E. Shaw
    Debtors

Case No. 11-19707-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 1      Date Rcvd: Oct 04, 2017
                      Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
db/jdb      +Leonard E. Johnson,    Margery E. Shaw,    7901 Henry Avenue,    Apartment A309,    Philadelphia, PA 19128-3087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:
       ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
       ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. s/b/m BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
       HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
       MICHAEL A. CATALDO2    on behalf of Debtor Leonard E. Johnson ecf@ccpclaw.com, igotnotices@ccpclaw.com
       MICHAEL A. CATALDO2    on behalf of Joint Debtor Margery E. Shaw ecf@ccpclaw.com, igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2    on behalf of Debtor Leonard E. Johnson ecf@ccpclaw.com, igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2    on behalf of Joint Debtor Margery E. Shaw ecf@ccpclaw.com, igotnotices@ccpclaw.com
       THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                 TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          : Chapter 13

Leonard E. Johnson and Margery E. Shaw          : Case No. 11−19707−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 4, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

80
Form 195